# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JESSIE BELL, JR.

NO. 2020 KW 0281

**JUNE 11, 2020**

---

In Re:     Jessie Bell, Jr., applying for supervisory writs, 17th Judicial District Court, Parish of Lafourche, Nos. 433703 & 477549.

---

**BEFORE:   McDONALD, HIGGINBOTHAM, AND PENZATO, JJ.**

    **WRIT DENIED AS MOOT.** Relator previously had the opportunity for a hearing on his ineffective assistance of counsel claim and waived the same in order to receive a significant reduction in sentencing. Under the agreement, the State was obligated to take no position on parole, and immediately upon demand by relator, the State provided specific performance of that obligation by submitting a revised letter to the parole board. Thus, relator's writ is moot.

**JMM**
**TMH**
**AHP**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT